**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

LaSHANTE M. BALDWIN,

    Plaintiff,                           Case No. 25-11603

v.                                    Hon. Jonathan J.C. Grey

U.S. BANK NATIONAL ASSOCIATES,      Magistrate Judge David R. Grand

    Defendant.

---

**NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT**

PLEASE TAKE NOTICE that Nasseem S. Ramin of Dykema Gossett PLLC hereby enters her appearance as counsel of record on behalf of Defendant.

Please direct all future pleadings, notices, and correspondence accordingly.

Dated: June 5, 2025                DYKEMA GOSSETT PLLC

                                        By: /s/ *Nasseem S. Ramin*
                                              Nasseem S. Ramin (P73513)
                                              Tina T. Toma (P87832)
                                              *Counsel for Defendant*
                                              400 Renaissance Center, Suite 3700
                                              Detroit, MI 48243
                                              (313) 568-6800
                                              nramin@dykema.com
                                              ttoma@dykema.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 5, 2025, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, and I further certify that I have mailed by first-class U.S. mail, postage prepaid, the same to:

Stephanie Carson
24100 Southfield Road, Ste. 200
Southfield, MI 48075

/s/ *Nasseem S. Ramin*