UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LASHANTE BALDWIN,

         Plaintiff,

-vs-

U.S. BANK NATIONAL ASSOCIATES,

         Defendants.
_____/

Case No.: 2:25-cv-11603
Hon. Jonathan JC Grey

## **APPEARANCE**

Please enter the Appearance of the Law Offices of Ivan L. Land, P.C. for the above-referenced Plaintiff.

Dated: July 7, 2025

Respectfully Submitted,

/s/Ivan L. Land
Ivan L. Land (P65879)
Law Offices of Ivan L. Land, P.C.
25900 Greenfield Rd., Suite 210
Oak Park, MI  48237-1267
248.968.4545 / (f) 248.968.4540
ill4law@aol.com
**Attorney for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2025, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will electronically notify the attorney of record.

Dated: July 7, 2025

Respectfully Submitted,

/s/Ivan L. Land
Ivan L. Land (P65879)