UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LaSHANTE M. BALDWIN,

    Plaintiff,

v.

U.S. BANK NATIONAL ASSOCIATES, as Trustee for Mortgage Equity Conversion Asset Trust 2011-1,

    Defendant.

Case No. 25-11603

Hon. Jonathan J.C. Grey

Magistrate Judge David R. Grand

## STIPULATED ORDER FOR DISMISSAL

WHEREAS, Plaintiff LaShante M. Baldwin ("Plaintiff") filed a Complaint against Defendant U.S. Bank National Association, as Trustee for Mortgage Equity Conversion Asset Trust 2011-1;

WHEREAS, the matter is now before the Court upon the stipulation of the Parties, through their respective counsel, and the Court being otherwise fully advised in the premises:

**IT IS HEREBY ORDERED** that Plaintiff's claims are dismissed with prejudice, and without costs or attorney fees to any party.

**SO ORDERED.**

Date: July 22, 2025

s/Jonathan J.C. Grey
Hon. Jonathan J.C. Grey
UNITED STATES DISTRICT JUDGE

1

So stipulated:

| | |
|---|---|
| */s/ Ivan Land* | */s/ Tina T. Toma* |
| IVAN L. LAND (P65879) | NASSEEM S. RAMIN (P73513) |
| Attorney for Plaintiff | TINA T. TOMA (P87832) |
| | Attorneys for Defendant |

## Certificate of Service

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on July 22, 2025.

<u>s/ **S. Osorio**</u>
Sandra Osorio
Case Manager